*ORIGINAL Copies*

IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARSHALL T. BAILEY
        Plaintiff

EUGENE LUSEGA/DDBUS LLC.

        Defendants

Civil Case No.#
**1:23-CV-1718**

## COMPLAINT

**PLAINTIFF FILES THIS COMPLAINT FOR DEFENDANT'S CRIMINAL/CIVIL ACTS OF AN ILLEGAL EVICTION, UNLAWFUL PURCHASE OF SAID PROPERTY, CIVIL FRAUD, CRIMINAL "LAND-GRAB OF PROPERTY, CONSPIRACY, CRIMNAL FRAUD, FRAUD UPON THE COURT, ETC.,** *Materialmans/Mechanics Lien*

Comes now Marshall Bailey (UNIFORMERICA LIMITED Belizean LLC., S. America).  Plaintiff will show **100% proof of wrongdoing by Defendants** of all mentioned regarding said property 1187 Peyton Dr., N.W., Kennesaw, Georgia 30152.   The present recorded deed shows Marshall T. Bailey/UNIFORMERICA LIMITED as the rightful legal owner of said property to date (documents enclosed).   FACTS: Marshall Bailey built a house on said property in 1993-1994, which he has occupied with his family without having a mortgage/loan/other for approximately 26 years.   Defendants filed two fraudulent deeds in year 2021.   (A) "SPECIAL WARRANTY DEED" by DDBUS LLC. filed Oct. 14, 2021. (B) "QUIT CLAIM' deed filed Nov. 9, 2021 **(just 25 days later)** by Eugene Lusega/DDBUS (wife of Eugene Lusega).   **Both deeds were filed fraudulently**.   Both deeds were unlawfully recorded, but fortunately COBB COUNTY TAX DIVISION'S supervisor corrected both deeds by eliminating both deeds then restoring the original deed to show the rightful legal owners as being **(ELDERLY 72 years)** Marshall T.

Bailey. As of this date being April 13, 2023, the recorded deed shows correctly UNIFORMERICA LIMITED /Marshall T. Bailey which are the rightful legal owner since year 1993. Defendant Eugene Lusega/DDBUS LLC. fabricated an "EVICTION" to forcefully obtain a **"LAND GRAB" of an ELDERLY party's property of Marshall T. Bailey and his family of over 26 years, creating a horrible "HOMELESS" situation for all parties.** Defendants have created extreme hardship and devastation for the Bailey family and seek damages for $200,000,000,000.00.

According to COBB COUNTY RECORDS Plaintiff had ownership since year 1993, which due to Defendant's forceful attack on an ELDERLY (owner of property) unlawfully and illegal confiscation of property using fraudulent documentation is guilty of crimes. Plaintiff will show proof of a CONSPIRACY whereas Defendants orchestrated an illegal purchase from various companies then forcefully recorded fraudulent deeds in year 2021. These fraudulent deeds enable Defendants to obtain EVICTION NOTICE to force Plaintiff and his family from the residence but to date (April 13, 2023) **DO NOT LEGALLY OWN THE PROPERTY.** Due to the overwhelming amount of information regarding said property, Plaintiff reserves the right to outline a fraudulent mortgage, unlawful confiscation of property and the parties involved in "RICO ACT". Evidence shows three nationwide companies involved in numerous past/present lawsuits are conspirators coupled with Defendants.

In exchange for Defendants signing DEED to property over to Plaintiff/UNIFORMERICA LIMITED and paying an agreed upon amount for DAMAGES, then Plaintiff agrees to forfeit any LIENS, LAWSUITS and/or other regarding said property. Plaintiff request the Honorable Judge

to appoint an attorney for the CRIMINAL ACTIONS involved in this case.

    (1) Deutsche Bank National Trust.
    (2) OCWEN LOAN SERVICING.
    (3) Taylor, Bean and Whitaker Mortgage Company.
    (4) Eugen Lusega/DDBUS LLC.

Plaintiff request COBB COUNTY RECORDS AND REAL ESTATE DIVISION be forced to accept any PROPERTY LIENS and current ownership of said property being UNIFORMERICA LIMITED/MARSHALL T. BAILEY to immediately be required as of this date.

Records showing UNIFORMERICA LIMITED/MARSHALL T. BAILEY owner of said property and allow all parties of Bailey family to move back into the vacant house belonging to the rightful owners. Plaintiff's requests are legal and warrant immediate action by the Honorable Judge. Affective date being _____, 2023 (Honorable Judge dating).   (1). PROPERTY LIENS _____ (initial).

(2). LEGAL DEED/OWNERSHIP _____ (initial).

OPTIONS: _____ (explain).

Request is hereby granted by the Honorable Judge for immediate action for any PROPERTY LIENS of said property, PROPERTY DEEDS to remain intact with correct ownership of property being UNIFORMERICA LIMITED/MARSHALL T. BAILEY as Plaintiff is hereby granted.

                                      HONORABLE JUDGE, U.S. DISTRICT COURT OF
                                      ATLANTA, GEORGIA - (date)

*Marshall T. Bailey 4/17/23*
Plaintiff Marshall T. Bailey      Date
4649 Joe Frank Harris Pkwy.
Adairsville, Georgia 30103
Cell 404.872.2000

## EVIDENCE/OTHER

**Plaintiff request Jury Trial.**

EXHIBITS "A" and "B" shows Plaintiff is still the legal owner of said property 1187 Peyton Dr., N.W., Kennesaw, Ga. 30152, yet on or about January 3, 2023 Defendants Eugene Lusega /DDBUS LLC. illegally forced Plaintiff **ELDERLY** Marshall Bailey and his family from their residence.   Enclosed are EVICTION pictures.  These documents are dated and signed then stamped by COBB COUNTY REAL ESTATE RECORDS DEPARTMENT showing legal ownership.

**Defendants utilized fraudulent DEEDS to recorded, which were later removed by a supervisor of COBB COUNTY RECORDS TAX Division from records due to wrongful chain of order recoding.   Defendants forcefully recorded DEEDS then use them to illegally evict all tenants and owner.   Violating numerous laws, Defendants illegally recorded DEEDS for a "LAND-GRAB" from an ELDERLY.**

Plaintiff and his family are homeless, yet Plaintiff is still owner of his property and cannot move into his home of approximately 26 years that he built in 1993-1995.   Without ever having a mortgage, he is a victim of mortgage fraud and wrongful foreclosure and eviction.

Plaintiff shows in EXHIBITS "C" and "D" two illegal DEEDS recorded, but were <u>erased</u> by the COBB COUNTY REAL ESTATE supervisor then she corrected records to reflect the correct legal owners being UNIFORMERICA LIMITED/Marshall T. Bailey to date.    Plaintiff has the legal right and is entitled to reside at his residence as the legal owner.    Plaintiff is requesting the Honorable Judge to authorize the immediate action for Plaintiff and his family to return to live in their home.

Defendants have NO LEGAL RIGHTS WHATSOEVER to said property, as the DEED reflects ownership of property as Plaintiff.    Plaintiff request the Honorable Judge to grant an immediate EVICTION of Defendants from property based upon the legal deed and past records from 1995-2023 of ownership of Plaintiff.    Plaintiff request the Honorable Judge to overturn the EVICTION based upon the facts that Plaintiff is the legal owner of said property. **NOTE:** A party/Defendant cannot legally EVICT the legal owner of property Plaintiff, when the property is still owned by that party Plaintiff and the DEED reflects ownership Plaintiff.   GEORGIA LAWS!

CRIMINAL "LAND-GRAB" is "RICO ACT", stolen property using fraudulent documents. WRONGFUL and Fraudulent Foreclosure was performed, which Defendants purchased a stolen property that never had mortgage.  **Plaintiff request the Honorable Judge to grant permission for Plaintiff and his family to be allowed to immediately move back into his property/home. Plaintiff and his family are entitled to "damages" caused by Defendants of $200,000,000,000.00.**

**After Recording Return To:**
The Albertelli Firm, PC
100 Galleria Parkway, Suite 960
Atlanta, GA 30339
Our File No.: AGA21-80893

20025902030
**Order No.:** AGA21-80893

Tribeca ID#: 3770192

*Fraudulent Deed* [handwritten annotation]

Deed Book 15986 Page 2636
Filed and Recorded 10/27/2021 2:31:00 PM
2021-0154209
Real Estate Transfer Tax $339.00
Connie Taylor
Clerk of Superior Court
Cobb County, GA
Participant IDs: 5064028823
7067927936

## SPECIAL WARRANTY DEED

**STATE OF** ____Florida____

**COUNTY OF** __Palm Beach__

This Indenture made this __14__ day of ____October____, _2021_, between Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2006-18, Asset-Backed Certificates, Series 2006-18, whose address is C/O PHH Mortgage Corporation 1 Mortgage Way, Mount Laurel, NJ 08054 of the County of ___Palm Beach___, State of ___Florida___, as party or parties of the first part, hereinafter called Grantor, and DDBUS LLC, whose address is 3609 Lakeside Pointe, Kennesaw, GA 30144 as party or parties of the second part, hereinafter called Grantee.

The words "Grantor" and "Grantee" whenever used herein shall include all individuals, corporations and any other persons or entities, and all the respective heirs, executors, administrators, legal representatives, successors and assigns of the parties hereto, and all those holding under either of them, and the pronouns used herein shall include, when appropriate, either gender and both singular and plural, and the grammatical construction of sentences shall conform thereto. If more than one party shall execute this deed each Grantor shall always be jointly and severally liable for the performance of every promise and agreement made herein.

WITNESSETH that: Grantor, for and in consideration of the sum of Three Hundred Thirty-Nine Thousand And No/100 Dollars ($339,000.00) and other good and valuable considerations in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm unto the said Grantee,

See Exhibit A attached hereto and by this reference incorporated herein and made a part hereof.

**Parcel ID: 20025902030**
**Property Address: 1187 Peyton Drive NW, Kennesaw, GA 30152**

SUBJECT to restrictive covenants and general utility easements of record.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee forever in Fee Simple.

AND THE SAID Grantor will warrant and forever defend the right and title to the above described property unto the said Grantee against the lawful claims and demands of all persons claiming by, through, or under the above named Grantor, but against none other.

4

**After Recording Return To:**
The Albertelli Firm, PC
100 Galleria Parkway, Suite 960
Atlanta, GA 30339
Our File No.: AGA21-80893

Deed Book 15998 Page 6336
Filed and Recorded 11/29/2021 8:04:00 AM
2021-0168595
Connie Taylor
Clerk of Superior Court
Cobb County, GA
Participant IDs: 5064028823
7067927936

Order No.: AGA21-80893

## QUIT CLAIM DEED

**STATE OF GEORGIA**

**COUNTY OF** Cobb

THIS INDENTURE, made the 9TH day of November, 2021, between DDBUS LLC, of the County of Cobb, State of Georgia, as party or parties of the first part, hereinafter called Grantor, and Eugene Lusega with a 50 percent undivided interest and DDBUS LLC with a 50 percent undivided interest, of the County of Cobb, and the State of Georgia, as party or parties of the second part, hereinafter called Grantee.

The words "Grantor" and "Grantee" whenever used herein shall include all individuals, corporations and any other persons or entities, and all the respective heirs, executors, administrators, legal representatives, successors and assigns of the parties hereto, and all those holding under either of them, and the pronouns used herein shall include, when appropriate, either gender and both singular and plural, and the grammatical construction of sentences shall conform thereto. If more than one party shall execute this deed each Grantor shall always be jointly and severally liable for the performance of every promise and agreement made herein.

WITNESSETH that Grantor, for and in consideration of the sum of No Dollars And No/100 Dollars ($0.00) and other valuable consideration, cash in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, by these presents does hereby remise, convey and forever QUIT CLAIM unto said Grantee,

See Exhibit A attached hereto and by this reference incorporated herein and made a part hereof.

Parcel ID: 20025902030
Property Address: 1187 Peyton Drive NW, Kennesaw, GA 30152

SUBJECT to restrictive covenants and general utility easements of record.

TO HAVE AND TO HOLD the said described premises to Grantee, so that neither Grantor nor any person or persons claiming under Grantor shall at any time, by any means or ways, have, claim or demand any right to title to said premises or appurtenances, or any rights thereof.

IN WITNESS WHEREOF, the Grantor has signed and sealed this deed, the day and year first above written.

DDBUS LLC

BY: _____
ITS: Organizer

Signed, sealed and delivered in the presence of
_____
Unofficial Witness

_____
Notary Public

My Commission Expires: 10/21/2023

**DEFENDANTS:** Eugene Lusega/DDBUS LLC.
3609 Lakeside Pointe
Kennesaw, Georgia 30144


**PLAINTIFF:** Marshall T. Bailey (ELDERLY age 72 years)
4649 Joe Frank Harris Parkway
Adairsville, Georgia 30103
Cell 404.872.2000

Plaintiff reserves the right to make changes, revise, add, correct, delete and/or include additional information and provide additional Defendants or provide additional evidence, additional to description of all in COMPLAINT in this case.   Plaintiff request JURY TRIAL.  Plaintiff request a Court Appointed attorney for any CRIMINAL ACTIONS by Defendants/others involved.   Plaintiff emphasizes the "RICO ACT" (ongoing criminal enterprise) as CRIMINAL ACTIONS, stolen property, CRIMINAL FRAUD, CIVIL FRAUD, EDERLY ABUSE, ELDERLY ATTACKS, "LAND-GRAB" of an ELDERLY and/or other affiliated with ELDERLY offenses, Illegal EVICTION from property and other illegal criminal/civil actions.   Defendants have used fraudulent documents to confiscate an ELDERLY Marshall T. Bailey Plaintiff's property and personal property.

Deed Book 15925 Pg 2056
Filed and Recorded Jun-14-2021 03:33pm
2021-0085166
Real Estate Transfer Tax $0.00
0332021016732

Connie Taylor
Clerk of Superior Court Cobb Cty. Ga.

STATE OF GEORGIA
COUNTY OF COBB

## QUIT CLAIM DEED

This indenture, made this ___14th___ day of ___June___, 2021, between UNIFORMERICA LLC./Marshall T. Bailey, grantor(s), and UNIFORMERICA LIMITED and Marshall T. Bailey, grantee(s). (The terms "grantor" and "grantee" include the respective heirs, successors, successors-in-title, executors, legal representatives and assigns of the parties where the context requires or permits.)

Grantor, for and in consideration of ($10.00) paid at and before the sealing and delivery of this instrument, and other valuable considerations, the receipt and sufficiency of which is acknowledged, has granted, bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm to grantee the following described property, to wit:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF BY REFERENCE.

This being all that TRACT OR PARCEL/PROPERTY IN SUBDIVISON OF LAND LYING AND BEING IN LAND LOT 259 OF THE 20TH SECTION OF COBB COUNTY, GEORGIA; AND BEING LOT 7 OF WILLOW CHASE SUBDIVISION AS PER PLAT RECORDED IN PLAT BOOK 123, PAGE 47, COBB COUNTY RECORDS, WHICH PLAT BY REFERENCE IS INCORPORATED HEREIN AND MADE PART HEREOF KNOWN AS 1187 PEYTON DR., N.W., KENNESAW, GEORGIA 30152.

To have and to hold the property, together with all and singular the rights, members and appurtenances thereof, to the same belonging or in any way appertaining, to the only proper use and benefit of grantee in fee simple.

Grantor will warrant and forever defend the right and title of grantees to the tract or parcel of land described above against the claims of all persons and entities.

In WITNESS WHEREOF, grantor has Signed, Sealed and Delivered this deed the day and year first above written in the presence of;

Signed, Sealed, and Delivered in the presence of:

_____      _Marshall T. Bailey_____
(Unofficial Witness) Benjamin Bean      UNIFORMERICA LLC./MARSHALL T. BAILEY
                                                                                (owner)

_____
(Notary Public)

KAREEM C WILLIAMS
NOTARY PUBLIC
Cobb County
State of Georgia
My Comm. Expires Feb. 13, 2023

Return to: Marshall T. Bailey
1187 Peyton Dr., N.W.
Kennesaw, Georgia, 30152

GEORGIA, COBB COUNTY
I HEREBY CERTIFY THE WITHIN AND FORE-
GOING TO BE A TRUE, CORRECT AND COM-
PLETE COPY OF THE ORIGINAL THAT APPEARS
IN __Deed__ BOOK __15925__ PAGE __2056__
IN THIS OFFICE
THIS __15__ DAY OF __March__ 20 __23__

DEPUTY CLERK, COBB SUPERIOR
COURT, COBB COUNTY, GEORGIA

Deed Book 15925 Pg 2057
Connie Taylor
Clerk of Superior Court.Cobb Cty. Ga.

*Exhibit A*

Property described

ATTACHED. The real estate in Cobb County, Georgia being more particularly described: Property: 1187 Peyton Dr., N.W., Kennesaw, Ga. 30152. ALL THAT TRACT OR PARCEL/PROPERTY IN SUBDIVISION OF LAND LYING AND BEING IN LAND LOT 259 OF THE 20TH SECTION OF COBB COUNTY, GEORGIA; AND BEING LOT 7 OF WILLOW CHASE SUBDIVSION, AS PER PLAT RECORDED IN PLAT BOOK 123, PAGE 47, COBB COUNTY RECORDS, WHICH PLAT BY REFERENCE IS INCORPORATED HERIN AND MADE PART HEREOF KNOW AS 1187 PEYTON DR., N.W., KENNESAW, GEORGIA 30152.



CARLA JACKSON, Tax Commissioner                              HEATHER WALKER, Deputy Tax Commissioner

## COBB COUNTY DUPLICATE TAX STATEMENT
### FOR TAX YEAR 2022

BILL NUMBER

PLEASE WRITE PARCEL NUMBER BELOW ON YOUR CHECK

MAKE CHECK PAYABLE TO: "Cobb County Tax Commissioner"
MAIL REMITTANCE TO: P.O. BOX 100127
MARIETTA, GA 30061-7027

PROPERTY DESCRIPTION   1187   PEYTON DR

| Parcel | Lot | BLK | Unit | Acres | Homestead | Dist | Gross Value | Gross Assessment |
|---|---|---|---|---|---|---|---|---|
| 20-0259-0-203-0 | 0007 | | | 0.00 | 413 | 9 | 536010 | 214404 |

TOTAL TAX       2370.33

UNIFORMERICA LIMITED & BAILEY MARSHALL T
1187 PEYTON DR NW
KENNESAW GA 30152

5% Penalty      118.52
Interest         82.44

PAY TOTAL DUE BY   03/15/2023       $2571.29

DETACH AND RETURN WITH CHECK

REMITTANCE COPY

---

## COBB COUNTY DUPLICATE TAX STATEMENT
### FOR TAX YEAR 2022

TAXPAYER COPY

BILL NUMBER

PROPERTY DESCRIPTION   1187   PEYTON DR

| Parcel | Lot | BLK | Unit | Acres | Homestead | Dist | Gross Value | Gross Assessment |
|---|---|---|---|---|---|---|---|---|
| 20-0259-0-203-0 | 0007 | | | 0.00 | 413 | 9 | 536010 | 214404 |

2022 owner was UNIFORMERCIA LIMITED & BAILEY MARSHALL T

UNIFORMERICA LIMITED & BAILEY MARSHALL T
1187 PEYTON DR NW
KENNESAW GA 30152

|  | GROSS ASSESSMENT | - EXEMPTION | = NET ASSESSMENT | X MILLAGE | = CALCULATED TAX | - | = TOTAL TAX |
|---|---|---|---|---|---|---|---|
| STATE | 214404 | 214404 | 0 | 0.000000 | | | |
| COUNTY GENERAL | 214404 | 10000 | 204404 | 0.008460 | 1729.26 | | 1729.26 |
| COUNTY BOND | 214404 | | 214404 | 0.000000 | | | |
| COUNTY FIRE | 214404 | | 214404 | 0.002990 | 641.07 | | 641.07 |
| SCHOOL GENERAL | 214404 | 214404 | 0 | 0.018900 | | | |
| SCHOOL BOND | 214404 | | 214404 | 0.000000 | | | |
| | | | | | | | |
| | 10% PENALTY FOR NOT FILING A TAX R | | | | | | |
| | | | | TOTAL | 2370.33 | | 2370.33 |

5% Penalty   118.52
Interest      82.44

TO AVOID ADDITIONAL CHARGES   PAY TOTAL DUE BY   03/15/2023   $2571.29

This is the duplicate tax bill for the above said property, calculated from information supplied by the Cobb County Board of Tax Assessors.

You must send a copy of this bill to your mortgage company if they are responsible for payment.

CARLA JACKSON, Tax Commissioner
HEATHER WALKER, Deputy Tax Commissioner

Phone  770-528-8600
Fax    770-528-8679
E-mail: tax@cobbtax.org
        tags@cobbtax.org
Web:    www.cobbtax.org

Deed Book 15925 Pg 2056
Filed and Recorded Jun-14-2021 03:33pm
2021-0085166
Real Estate Transfer Tax $0.00
0332021016732

STATE OF GEORGIA
COUNTY OF COBB

Connie Taylor
Clerk of Superior Court Cobb Cty. Ga.

## QUIT CLAIM DEED

This indenture, made this **14th** day of **June**, 2021, between UNIFORMERICA LLC./Marshall T. Bailey, grantor(s), and UNIFORMERICA LIMITED and Marshall T. Bailey, grantee(s). (The terms "grantor" and "grantee" include the respective heirs, successors, successors-in-title, executors, legal representatives and assigns of the parties where the context requires or permits.)

Grantor, for and in consideration of ($10.00) paid at and before the sealing and delivery of this instrument, and other valuable considerations, the receipt and sufficiency of which is acknowledged, has granted, bargained, sold, aliened, conveyed and confirmed, and by these presents does grant, bargain, sell, alien, convey and confirm to grantee the following described property, to wit:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF BY REFERENCE.

This being all that TRACT OR PARCEL/PROPERTY IN SUBDIVISON OF LAND LYING AND BEING IN LAND LOT 259 OF THE 20TH SECTION OF COBB COUNTY, GEORGIA; AND BEING LOT 7 OF WILLOW CHASE SUBDIVISION AS PER PLAT RECORDED IN PLAT BOOK 123, PAGE 47, COBB COUNTY RECORDS, WHICH PLAT BY REFERENCE IS INCORPORATED HEREIN AND MADE PART HEREOF KNOWN AS 1187 PEYTON DR., N.W., KENNESAW, GEORGIA 30152.

To have and to hold the property, together with all and singular the rights, members and appurtenances thereof, to the same belonging or in any way appertaining, to the only proper use and benefit of grantee in fee simple.

Grantor will warrant and forever defend the right and title of grantees to the tract or parcel of land described above against the claims of all persons and entities.

In WITNESS WHEREOF, grantor has Signed, Sealed and Delivered this deed the day and year first above written in the presence of:

Signed, Sealed, and Delivered in the presence of:

_____        _Marshall T. Bailey_____
(Unofficial Witness) Benjamin Bean        UNIFORMERICA LLC./MARSHALL T. BAILEY
                                                                    (owner)

_Kareem C. Williams_____
(Notary Public)                                          Return to: Marshall T. Bailey
                                                                    1187 Peyton Dr., N.W.
KAREEM C WILLIAMS                                Kennesaw, Georgia, 30152
NOTARY PUBLIC
Cobb County
State of Georgia
My Comm. Expires Feb. 13, 2023

5-13-23 JKM

CARLA JACKSON, Tax Commissioner     *Original*     HEATHER WALKER, Deputy Tax Commissioner

Case 1:23-cv-01718-SCJ    Document 3    Filed 04/17/23    Page 13 of 14

## COBB COUNTY DUPLICATE TAX STATEMENT
### FOR TAX YEAR 2022

BILL NUMBER

PLEASE WRITE PARCEL NUMBER BELOW ON YOUR CHECK

MAKE CHECK PAYABLE TO: **"Cobb County Tax Commissioner"**
MAIL REMITTANCE TO: **P.O. BOX 100127 MARIETTA, GA 30061-7027**

PROPERTY DESCRIPTION    1187    PEYTON DR

| Parcel | Lot | BLK | Unit | Acres | Homestead | Dist | Gross Value | Gross Assessment |
|---|---|---|---|---|---|---|---|---|
| 20-0259-0-203-0 | 0007 | | | 0.00 | 413 | 9 | 536010 | 214404 |

|  |  |
|---|---|
| TOTAL TAX | 2370.33 |
| 5% Penalty | 118.52 |
| Interest | 82.44 |

UNIFORMERICA LIMITED & BAILEY MARSHALL T
1187 PEYTON DR NW
KENNESAW GA 30152

PAY TOTAL DUE BY    **03/15/2023**    **$2571.29**

DETACH AND RETURN WITH CHECK

REMITTANCE COPY

---

## COBB COUNTY DUPLICATE TAX STATEMENT
### FOR TAX YEAR 2022

TAXPAYER COPY

BILL NUMBER

PROPERTY DESCRIPTION    1187    PEYTON DR

| Parcel | Lot | BLK | Unit | Acres | Homestead | Dist | Gross Value | Gross Assessment |
|---|---|---|---|---|---|---|---|---|
| 20-0259-0-203-0 | 0007 | | | 0.00 | 413 | 9 | 536010 | 214404 |

2022 owner was UNIFORMERCIA LIMITED & BAILEY MARSHALL T

UNIFORMERICA LIMITED & BAILEY MARSHALL T
1187 PEYTON DR NW
KENNESAW GA 30152

|  | GROSS ASSESSMENT | − EXEMPTION | = NET ASSESSMENT | X MILLAGE | = CALCULATED TAX | − | = TOTAL TAX |
|---|---|---|---|---|---|---|---|
| STATE | 214404 | 214404 | 0 | 0.000000 | | | |
| COUNTY GENERAL | 214404 | 10000 | 204404 | 0.008460 | 1729.26 | | 1729.26 |
| COUNTY BOND | 214404 | | 214404 | 0.000000 | | | |
| COUNTY FIRE | 214404 | | 214404 | 0.002990 | 641.07 | | 641.07 |
| SCHOOL GENERAL | 214404 | 214404 | 0 | 0.018900 | | | |
| SCHOOL BOND | 214404 | | 214404 | 0.000000 | | | |
| | | | | | | | |
| | 10% PENALTY FOR NOT FILING A TAX R | | | | | | |
| | | | | | TOTAL | 2370.33 | 2370.33 |

5% Penalty    118.52
Interest    82.44

TO AVOID ADDITIONAL CHARGES    PAY TOTAL DUE BY    **03/15/2023**    **$2571.29**

---

This is the duplicate tax bill for the above said property, calculated from information supplied by the Cobb County Board of Tax Assessors.

You must send a copy of this bill to your mortgage company if they are responsible for payment.

CARLA JACKSON, Tax Commissioner
HEATHER WALKER, Deputy Tax Commissioner

Phone    770-528-8600
Fax    770-528-8679
E-mail:    tax@cobbtax.org
        tags@cobbtax.org
Web:    www.cobbtax.org

ANNUAL NOTICE OF ASSESSMENT  PT-306 (revised May 2018)



**COBB COUNTY
BOARD OF TAX ASSESSORS**
P.O. Box 649
Marietta, GA 30061-0649
(770) 528-3100

**Official Tax Matter - 2022 Tax Year**
This correspondence constitutes an official notice of ad valorem assessment for the tax year shown above.

**Annual Assessment Notice Date: 05/19/2022**

R3
2022

**Last date to file a written appeal: 07/05/2022**



\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*5-DIGIT 30152   515   270   190032  1 AV 0.426
UNIFORMERCIA LIMITED & BAILEY MARSHALL T
BAILEY MARSHALL T
1187 PEYTON DR NW
KENNESAW GA 30152-5479

**\*\*\* This is not a tax bill - Do not send payment \*\*\***

County property records are available online at:
**www.cobbassessor.org**

**A**

The amount of your ad valorem tax bill for the year shown above will be based on the **Appraised** (100%) and **Assessed** (40%) values specified in BOX 'B' of this notice. **You have the right to submit an appeal regarding this assessment to the County Board of Tax Assessors.** If you wish to file an appeal, you must do so no later than 45 days after the date of this notice. If you do not file an appeal by this date, your right to file an appeal will be lost. Appeal forms which may be used are available at http://dor.georgia.gov/documents/property-tax-appeal-assessment-form.

At the time of filing your appeal you must select one of the following appeal methods:

(1) County Board of Equalization (value, uniformity, denial of exemption, or taxability)
(2) Arbitration (value)
(3) County Hearing Officer (value or uniformity, on non-homestead real property or wireless personal property valued, in excess of $500,000)

All documents and records used to determine the current value are available upon request. For further information regarding this assessment and filing an appeal, you may contact the county Board of Tax Assessors which is located at 736 Whitlock Avenue, Suite 200, Marietta, GA 30064 and which may be contacted by telephone at: (770) 528-3100. Your staff contacts are Appraiser Roberts and Appraiser J. Smith.

Additional information on the appeal process may be obtained at http://dor.georgia.gov/property-tax-real-and-personal-property

**B**

| Account Number | Property ID Number | Acreage | Tax Dist | Covenant Year | Homestead |
|---|---|---|---|---|---|
| | 20025902030 | | Unincorporated | | YES - 413 |
| **Property Description** | R3 - RESIDENTIAL LOTS | | NBHD - 20042641 | | |
| **Property Address** | 1187  PEYTON DR | | | | |

| | Taxpayer Returned Value | Previous Year Fair Market Value | Current Year Fair Market Value | Current Year Other Value |
|---|---|---|---|---|
| **100% Appraised Value** | | 536,010 | 536,010 | |
| **40% Assessed Value** | | 214,404 | 214,404 | |

**Reasons for Assessment Notice**

Annual assessment notice - no change

**C**

The estimate of your ad valorem tax bill for the current year is based on the previous or most applicable year's net millage rate and the fair market value contained in this notice. The actual tax bill you receive may be more or less than this estimate. This estimate may not include all eligible exemptions.

| Taxing Authority | Other Exempt | Homestead Exempt | Net Taxable Value | Millage | Estimated Tax |
|---|---|---|---|---|---|
| COUNTY GENERAL | | 10,000 | 204,404 | .008460 | 1,729.26 |
| COUNTY BOND | | | 214,404 | .000130 | 27.87 |
| COUNTY FIRE | | | 214,404 | .002860 | 613.20 |
| SCHOOL GENERAL | | 214,404 | 0 | .018900 | .00 |
| SCHOOL BOND | | | 214,404 | .000000 | .00 |
| TOTAL COUNTY | | | | | 2,370.33 |
| STATE TOTAL | | 214,404 | 0 | .000000 | .00 |
| TOTAL ESTIMATE | | | | | 2,370.33 |

**Total Estimated Tax**   **$2,370.33**