UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARSHALL T. BAILEY,<br><br>           Plaintiff,<br><br>vs.<br><br>EUGENE LUSEGA/DDBUS LLC, et al.,<br><br>           Defendants. | CIVIL ACTION FILE<br><br>NO. 1:23-CV-1718-SCJ |

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, for consideration, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed** as frivlous.

Dated at Atlanta, Georgia, this 10th day of July, 2023.

           KEVIN P. WEIMER
           CLERK OF COURT

           By:    s/ D. McGoldrick
                 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 10, 2023
Kevin P. Weimer
Clerk of Court

By:    s/ D. McGoldrick
       Deputy Clerk